**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**BYRON JOSEPH KNOX**                                                      **PLAINTIFF**

**V.**                            **CAUSE NO. 3:19-CV-200-CWR-LRA**

**WARDEN MR. RIVERS, ET AL.**                            **DEFENDANTS**

**ORDER**

Before the Court are the Magistrate Judge's Report and Recommendation (R&R), Docket No. 47, and plaintiff Byron Joseph Knox's response in opposition to that R&R, Docket No. 50.

Upon reviewing the Magistrate Judge's R&R and Mr. Knox's response, the Court concludes that under the applicable law, the R&R is well-reasoned and legally correct. Accordingly, the Court will adopt the R&R as its own Order.

This case is, therefore, dismissed without prejudice for failure to exhaust. A separate Final Judgment will issue.

**SO ORDERED**, this the 25th day of August, 2020.

                                                         s/ Carlton W. Reeves
                                                         UNITED STATES DISTRICT JUDGE